O AO 94   (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ANGELO CHAVEZ | **COMMITMENT TO ANOTHER DISTRICT**<br><br>FILED<br>Mar 23, 2022<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>Case No. 2:22-MJ-00046-DB-1 |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | MAG. 22-10112 | 2:22-MJ-00046-DB-1 | New Jersey |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_____ Indictment   _____ Information   _X_ Complaint   __-__ Other (specify) -

**charging a violation of**   21   **U.S.C. '§**   841(a)(1), (b)(1)(B), (b)(1)(C); 846

**DISTRICT OF OFFENSE**   DISTRICT OF NEW JERSEY

**DESCRIPTION OF CHARGES:**
CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND FENTANYL; CONSPIRACY TO UNLAWFULLY TRANSPORT FIREARMS; POSSESSION OF UNREGISTERD FIREARMS; TRANPORTATION OF UNREGISTERED FIREARMS

**CURRENT BOND STATUS:**
_____ Bail fixed at $_____ and conditions were not met
_X_ Government moved for detention and defendant detained after hearing in District of Arrest
_____ Government moved for detention and defendant detained pending detention hearing in District of Offense
_____ Other (specify)

**Representation**   _____ Retained Own Counsel   _X_ Federal Defender Organization   _____ CJA Attorney   _____ None

**Interpreter Required?**   _X_ No   _____ Yes   Language: _____

**DISTRICT OF**   CALIFORNIA, EASTERN DIVISION

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated:   March 23, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

O AO 94   (Rev. 8/97) Commitment to Another District

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |