**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**March 25, 2022**

USDC, District of New Jersey
Martin Luther Building & US Courthouse
50 Walnut St., Room 4015
Newark, NJ 07101

| | |
|---|---|
| **RE:** | USA vs. ANGELO CHAVEZ |
| **USDC No.:** | 2:22–MJ–00046–DB |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated March 23, 2022 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 6**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **H. Huang**

Deputy Clerk


DATE RECEIVED: _____

RECEIVED BY: _____
*(Print Name)*

NEW CASE NUMBER: _____